**Order entered December 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

**ASHLEY DANIELLE SIEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is the State's December 2, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before January 3, 2020. If the State's brief is not filed by January 3, 2020, this appeal may be submitted without the State's brief.

/s/    BILL PEDERSEN, III
JUSTICE